UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVALK, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22cv1789-JO(LR)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>**[ECF NO. 27]** |

On August 18, 2023, the parties filed a "Joint Motion to Modify Scheduling Order." (ECF No. 27.) They move the Court to extend the fact discovery deadline until October 20, 2023, "for the sole purpose" of completing the remaining depositions. (Id. at 2–4.)

Having considered the parties' joint motion and finding good cause, the Court **GRANTS** the motion. Accordingly, the remaining depositions must be completed by **October 20, 2023**. All other deadlines and requirements remain unchanged.

**IT IS SO ORDERED**.

Dated:  August 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Lupe Rodriguez, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge