UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVALK, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, et al.,<br><br>                              Defendants. | Case No.:  22cv1789-JO(LR)<br><br>**ORDER CONTINUING FOLLOW-UP VIDEO SETTLEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, the Court **CONTINUES** the follow-up video Settlement Conference ("SC") scheduled for November 8, 2023, at 9:30 a.m. until **November 15, 2023**, at **9:30 a.m.**  All discussions at the SC will be informal, off the record, privileged, and confidential.   Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.  The following rules and deadlines apply:

**1. Appearance via Videoconference Required**:  All named parties (including those who are indemnified by others), party representatives, including claims adjusters for insured defendants, as well as the principal attorney(s) responsible for the litigation, must participate in the video conference, and be legally and factually prepared to discuss and resolve the case.  Counsel appearing without their clients will be cause for immediate

imposition of sanctions and may also result in the immediate termination of the conference.

**2. Full Settlement Authority Required**: A party or party representative with full settlement authority[1] must be present at the conference. A person who needs to call another person who is not present on the videoconference before agreeing to any settlement does not have full settlement authority. Retained outside corporate counsel shall not appear on behalf of a corporation as the party representative who has the authority to negotiate and enter into a settlement.

**3.** Before the SC, the Court will e-mail each SC participant an invitation to join a Zoom video conference.

**4.** Each participant should plan to join the Zoom video conference **at least ten minutes before** the start of the SC to ensure that the SC begins promptly at **9:30 a.m.**

**5.** No later than **November 8, 2023**, counsel for each party shall send an e-mail to the Court at efile_rodriguez@casd.uscourts.gov containing the following:

(1) The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

(2) An **e-mail address for each participant** to receive the Zoom video conference invitation; and

(3) A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead of by video conference. (If counsel prefers all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in

---

[1] "Full settlement authority" means that a person is authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Int'l, Inc., 216 F.R.D. 481, 485–86 (D. Ariz. 2003). Limited or a sum certain authority is not adequate. See Nick v. Morgan's Foods, Inc., 270 F.3d 590, 595–97 (8th Cir. 2001).

information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

**IT IS SO ORDERED**.

Dated:  August 24, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge